**Order entered February 26, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01066-CV

**SHELLY MARIE TRIGG, Appellant**

**V.**

**CHRISTOPHER DUNBAR, AS TRUSTEE OF THE CHRIS & PAIGE DUNBAR FAMILY TRUST, Appellees**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-01748-2019**

## ORDER

The Court has received appellant's motion to dismiss appeal.

On the Court's own motion, the appeal will be submitted without oral argument. We **DIRECT** the Clerk to remove cause number 05-19-01066-CV from the March 4, 2020 submission docket.

/s/　DAVID L. BRIDGES
　　　PRESIDING JUSTICE